**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SIDNEY DON JOHNSON,** | ) | |
| **ID # 1513133,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:10-CV-0940-D-BH** |
| | ) | |
| **CHRISTOPHER LEE LEGGETT, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the May 11, 2010 findings, conclusions, and recommendation of the magistrate judge, and having considered plaintiff's objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

In addition to his objections, plaintiff again requests that the court appoint counsel. But as the magistrate judge noted in her findings, conclusions, and recommendation, appointment of counsel should be denied given the malicious nature of this action. The court therefore denies plaintiff's request for appointed counsel.

**SO ORDERED**.

May 28, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE